## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex. rel., ANGELA JOHNSON and<br>JESSICA MAURIZIO, and<br><br>STATE OF ILLINOIS, ex. rel., ANGELA<br>JOHNSON, and JESSICA MAURIZIO,<br><br>    Plaintiffs,<br><br>v.<br><br>D.E.L.L. CHILD DEVELOPMENT<br>CORPORATION, an Illinois Corporation,<br>and DEBORAH LUSTMAN, individually,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    No. 02-4123-JPG<br>)<br>)<br>)<br>)<br>)<br>) |

### JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This matter having come before the Court on a motion for summary judgment, and the Court having rendered its decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of the plaintiffs and against the defendants as follows:

1. Defendants are jointly and severally liable for compensatory damages totaling $75,000.00;

2. Defendants are jointly and severally liable for a civil penalty totaling $10,000.00; and

3. Defendants are jointly and severally liable to the Relators, Angela Johnson and

Jessica Maurizio, for attorneys' fees and costs totaling $26,270.27 for Ronald E. Osman and $2,287.75 for Michael Maurizio.

**DATED: February 2, 2007.**

                                            **NORBERT G. JAWORSKI, CLERK**

                                            **By:s/Deborah Agans, Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
                **J. PHIL GILBERT**
                **U.S. District Judge**